**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1128**

NATHANIEL M. COSTLEY, SR.,

    Plaintiff - Appellant,

  v.

CHRISTINA STEINER; CITY OF WESTMINSTER; WESTMINSTER CITY POLICE DEPARTMENT; THOMAS KOWALCZYK, Officer; PATRICIA PARKS, Officer,

    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell III, District Judge. (1:16-cv-01447-GLR)

Submitted: May 23, 2017          Decided: May 25, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nathaniel M. Costley, Sr., Appellant Pro Se. Alan H. Silverberg, SUMMERFIELD, WILLEN, SILVERBERG & LIMSKY LLC, Baltimore, Maryland; Ernest I. Cornbrooks, IV, KARPINSKI, COLARESI & KARP, PA, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel M. Costley, Sr., appeals the district court's orders denying relief on his complaint in which he asserted claims pursuant to 42 U.S.C. § 1983 (2012) and state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Costley v. Steiner*, No. 1:16-cv-01447-GLR (D. Md. Jan. 4, 2017 & Jan. 26, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*